

**NUMBER 13-15-00298-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**RICARDO MASSO,** **APPELLANT,**

**v.**

**PLAINSCAPITAL BANK,** **APPELLEE.**

---

**On Appeal from the 332nd District Court
of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Longoria
Memorandum Opinion Per Curiam**

Appellant, Ricardo Masso, appeals a final summary judgment rendered against him in cause number C-5620-14-F in the 332nd District Court of Hidalgo County, Texas. Appellant has now filed an amended unopposed motion to dismiss this appeal on grounds that the parties have settled and compromised the dispute at issue in the underlying suit

and this appeal. Appellant thus requests that we dismiss this appeal with all costs assessed to the party incurring same.

The Court, having considered the documents on file and appellant's amended motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Accordingly, the appeal is DISMISSED. Costs will be taxed against the party incurring same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Pending motions, if any, are likewise DISMISSED.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
2nd day of September, 2015.